**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  
**Total Works Infringed:** 34  
**IP Address:** 76.124.143.94  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 4BD4EAA1DC0958A48BD37DA0BA02AD893D39EE77 | Vixen | 11/17/2018 10:34:20 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 2 | 016F34DBAF696773510E8204353E3A6273BDBAA5 | Blacked Raw | 04/13/2018 07:03:43 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 3 | 0E12DA9091C2E77432B3A27279B0C576664CE999 | Blacked Raw | 01/05/2018 00:00:26 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 4 | 12787B3F6216968635BED4BE94B92517006CDC53 | Blacked Raw | 01/23/2018 20:57:17 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 5 | 1E204DA52F92DD05E248BFC8DF0C97FE81DB9D3D | Blacked Raw | 01/04/2018 20:40:53 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 6 | 1F734779A5C05D40C6424BE190EC20AC8BF61019 | Vixen | 11/17/2018 07:16:47 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 7 | 22090FF3F5A86A9D9C1037E959193A0D2E8DF88C | Blacked Raw | 04/13/2018 06:57:04 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 8 | 23161E1EDAEC188F8CB81E4ADE814337C2002F48 | Blacked Raw | 11/17/2018 07:29:06 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 9 | 255D4D34B07B93E98B821E80887283042696DFD5 | Blacked Raw | 04/13/2018 06:50:19 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 10 | 283CEAEF2229EE7108A20F79A53DF0EE7CBECFF3 | Blacked Raw | 01/05/2018 16:35:48 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 11 | 32DEB0802129A25255252F3044EDE86141930D94 | Blacked Raw | 01/23/2018 20:53:17 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 12 | 3D9F967D70CD17C588A3DD27F199D562D8EE7A9F | Blacked Raw | 01/23/2018 20:50:53 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 13 | 54DD9EE33CB5C586A94E9846CF9569EED6EC519B | Blacked Raw | 01/04/2018 23:00:08 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 14 | 57F9F943AA3D32EC352242501746C32BF0852915 | Blacked Raw | 01/04/2018 21:06:41 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 15 | 633ED77DAC51B8B5CA6EF0F288B19EAD87343741 | Vixen | 11/17/2018 07:23:02 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 16 | 67D69A2BBE353BCF91ADBA7D6E626BCF3D5F3A88 | Blacked Raw | 07/09/2018 03:06:48 | 06/26/2018 | 08/07/2018 | PA0002131867 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 762D79DE502853009F9DD2A8203EDB298676F1F8 | Blacked Raw | 04/13/2018 06:50:27 | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 18 | 805A5FDC5163BAD38E15AAB622AE1CCB55FBC5C3 | Blacked Raw | 01/04/2018 20:35:09 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 19 | 83AD512AEE0D9C77324A8AAD63B46AF203D3464D | Blacked Raw | 04/13/2018 06:52:27 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 20 | 872416BB25212A95AD22A1EC4DA21B34805979C2 | Blacked Raw | 04/13/2018 06:52:12 | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 21 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | Blacked | 07/08/2018 16:57:54 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 22 | 9D2247F53E427F6FB0718CC2346CBBA4008C13EA | Blacked Raw | 01/04/2018 20:34:18 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 23 | A2C2D6AAE79037D980A9B9BC9CB6A939F68BA880 | Blacked Raw | 04/13/2018 06:57:01 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 24 | A9CE611F49CBA1C1B8BA5528996BBFF3331F440C | Blacked Raw | 04/13/2018 08:24:19 | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 25 | B2749CF736B2B9C9F225CE6C55D853EBF21294C4 | Blacked Raw | 04/13/2018 07:00:39 | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 26 | B632E448893EB0266EC4B8D07CC078B07AD1B46B | Blacked Raw | 04/13/2018 06:35:34 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 27 | B7FBB5A3C837588E8153CC8FAD6E83614B27EE62 | Blacked | 06/29/2017 20:23:54 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 28 | B8B5E999A94962328D350DA0E80A1725B23D450D | Blacked Raw | 01/04/2018 20:53:59 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 29 | BD633D05743A426AA5861AB650B812AD46D13FEC | Blacked Raw | 01/04/2018 20:43:38 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 30 | BE8F8924C67DB61FE99A75A001264E651BEC14D5 | Blacked Raw | 01/05/2018 03:03:09 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 31 | CE6656A7C36384264CCC7DBE7DF2D42A9A040C19 | Blacked Raw | 01/23/2018 21:19:49 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 32 | DA8D811E642A8ABF6E69CDEB0D533D0C6972C1E7 | Blacked Raw | 01/23/2018 20:55:42 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 33 | EC39A0C7FF13F385776CC70D60B1C735E04B27EE | Tushy | 11/17/2018 05:47:33 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 34 | FFC6E986F8FC8480BFC323947A81FEED5308364E | Blacked Raw | 04/13/2018 07:05:51 | 03/13/2018 | 04/17/2018 | PA0002116738 |