

**Fox Rothschild LLP**
ATTORNEYS AT LAW

10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
Tel 610.397.6500  Fax 610.397.0450
www.foxrothschild.com

ANDREW W. BONEKEMPER
DIRECT DIAL: 610-397-7976
EMAIL ADDRESS: ABONEKEMPER@FOXROTHSCHILD.COM

March 8, 2019

**VIA ECF FILING**

The Honorable Paul S. Diamond
James A. Byrne Courthouse, Room 14614
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1743

RE:   **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 76.124.143.94**
       **USDC EDPA, Civil Action No. 2:18-cv-05576-PD**

Dear Judge Diamond:

This office represents the Plaintiff, Strike 3 Holdings, LLC, in the above-captioned matter.  We are submitting this letter as a status report as required by Your Honor's Order dated January 9, 2019.  The parties have reached a settlement in this matter, which expects the parties to complete their settlement obligations within ten (10) days.  We respectfully request that Your Honor enter the appropriate order pursuant to Local Rule 41.1(b)

Respectfully,

Andrew W. Bonekemper

AWB/bms

A Pennsylvania Limited Liability Partnership

California      Colorado      Connecticut      Delaware      District of Columbia      Florida
Illinois      Minnesota      Nevada      New Jersey      New York      Pennsylvania      Texas